UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MIRANDA MONDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01624-TWP-MKK |
| | ) | |
| TRANSJET CARGO LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

The Court scheduled a Telephonic Status Conference for December 8, 2025. (Dkt. 49). The Pro Se Plaintiff, Miranda Monday, failed to appear, and Counsel for Defendant appeared telephonically. Plaintiff also failed to appear for a scheduled status conference on April 16, 2025, (Dkt. 46), and for a show cause hearing on May 21, 2025, (Dkt. 48). The Minute Entries for the April 16th Telephonic Status Conference and the May 21st Show Cause Hearing, (Dkts. 46, 48), reminded Plaintiff of the importance of complying with court orders and warned that her claim may be dismissed if she failed to prosecute or comply with a court order. Moreover, at the June 26, 2025, conference, Plaintiff indicated that she understood that her case could be dismissed in the event of future non-compliance. (Dkt. 49).

At the conclusion of the June 26th conference, the Court re-instated case deadlines and ordered the parties to file final witness and exhibit lists by July 30, 2025. (*Id.*). Defendant filed its final witness and exhibit list well in advance of this deadline. (Dkt. 47). Plaintiff has not filed any final witness or exhibit list.

Due to Plaintiff's repeated failure to comply with the Court's orders, the Magistrate Judge recommends to the District Judge that this complaint be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So **RECOMMENDED**.

Date: 12/09/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

MIRANDA MONDAY
7507 Turnberry Court
Indianapolis, IN 46237